In the Matter of the Probate of the Will of WILLIAM M. RICE, Deceased.

ALBERT T. PATRICK, Appellant; JOHN D. BARTINE, Respondent.

*Matter of Rice*, 81 App. Div. 322, affirmed.
(Argued October 12, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1903, which affirmed a decree of the New York County Surrogate's Court refusing probate to an alleged will of William M. Rice, deceased, bearing date June 30, 1900, and admitting to probate the will of said deceased bearing date September 26, 1896.

*John C. Tomlinson, Max J. Kohler* and *Edgar J. Kohler* for appellant.

*William B. Hornblower, John M. Bowers, James Byrne Leo N. Levi* and *Mark W. Potter* for respondent.

Motion to dismiss above appeal denied, without costs. Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.